IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-60698
Conference Calendar

_____

CHARLIE L. TAYLOR,

                                          Plaintiff-Appellant,

versus

J.T. NOBLIN; ARLEN B. COYLE;
GRIFFIN CARDEN,

                                          Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:01-CV-448-BN
--------------------
February 20, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Charlie L. Taylor, Mississippi prisoner # R6798, appeals the
district court's dismissal as frivolous, pursuant to 28 U.S.C.
§ 1915(e)(2)(B), of his lawsuit alleging that various federal
clerks of court violated his constitutional rights by failing to
provide him with free photocopies of requested documents.  He
argues that dismissal of the lawsuit was error.

     Taylor also contends, for the first time on appeal, that the
appellees failed to acknowledge whether pleadings he had

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

attempted to file had been filed or destroyed, refused to file certain documents necessary for his appeals, and refused to provide him with a copy of the local rules.  This court will not consider these newly raised arguments.  See Shanks v. AlliedSignal, Inc., 169 F.3d 988, 993 n.6 (5th Cir. 1999); Burch v. Coca-Cola, 119 F.3d 305, 319 (5th Cir. 1997).

The district court's judgment is AFFIRMED for the reason that the appellees are entitled to absolute immunity because, as Taylor alleged, they acted pursuant to court policy of requiring a $.50 fee per page for all photocopies.  See Tarter v. Hury, 646 F.2d 1010, 1013 (5th Cir. 1981); 28 U.S.C. § 1915(e)(2)(B)(iii).  Taylor's motions to supplement the record are DENIED.

AFFIRMED; MOTIONS DENIED.